AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Mercuriopluton007@Yahoo.com
Maintained by Yahoo! Incl
701 1st Ave
Sunnyvale, CA 94089

**SEARCH WARRANT**

CASE NUMBER: _____

TO: <u>Special Agent Matthew K. Mahoney</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Matthew K. Mahoney</u> who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Mercuriopluton007@Yahoo.com
Maintained by Yahoo! Inc
701 1st Ave
Sunnyvale, CA 94089

in the Northern District of California, there is now concealed a certain person or property, namely (describe the person or property)

Electronic mail (opened and unopened) and attachments to said mail; all entries in any address book or buddy list; all print-outs from original storage of said mail; any and all transaction information, to include log files, dates, times, methods of connecting, ports, dial-ups and/or locations; all business records and subscriber information, in any form kept, including applications, subscriber(s) full names, all screen names associated with the subscriber(s) and/or accounts, all account names associated with the subscriber(s), methods of payment, telephone numbers, addresses and detailed billing records; all records indicating the services available to subscribers of said electronic mail address.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____**MAY 15 2006**_____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_____   at Washington, D.C.
Date and Time Issued

<u>Alan Kay, District Court Magistrate Judge</u>   _____
Name and Title of Judicial Officer              Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/5/06 | 5/5/06 | DELIVERED VIA FAX |

**INVENTORY MADE IN THE PRESENCE OF**
S/A WILLIAM BROWN

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

ONE 3.5 COMPACT DISK WITH EMAIL INFORMATION FOR YAHOO ACCOUNT: MERCURIOPLUTON007@YAHOO.COM

FILED
JUN 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X [signature]

Subscribed, sworn to, and returned before me this date.

[signature]
U.S. Judge or U.S. Magistrate Judge

06/06/06
Date